1  Paul S. White, SBN 146989
   Linda T. Hoshide, SBN 190403
2  Shannon L. Santos, SBN 260112
   WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
3  555 South Flower Street, Suite 2900
   Los Angeles, CA 90071-2407
4  Telephone:   213.443.5100
   Facsimile:   213.443.5101
5  Email: Paul.White@wilsonelser.com
6       Linda.Hoshide@wilsonelser.com
        Shannon.Santos@wilsonelser.com
7
8  Attorneys for Plaintiffs
   HARTFORD CASUALTY INSURANCE COMPANY and
9  SENTINEL INSURANCE COMPANY, LTD.

10               **UNITED STATES DISTRICT COURT**

11        **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

12 | HARTFORD CASUALTY INSURANCE | Case No.: 3:18-cv-479-RS |
   | COMPANY, an Indiana corporation, and | |
13 | SENTINEL INSURANCE COMPANY, LTD., a | **[PROPOSED] ORDER ON** |
   | Connecticut corporation; | **STIPULATION TO EXTEND TIME TO** |
14 | | **RESPOND TO COMPLAINT AND TO** |
   | | **CONTINUE CASE MANAGEMENT** |
15 | Plaintiffs, | **CONFERENCE** |
16 | v. | |
17 | | |
   | RICHARD B. TEED, an individual; | |
18 | | |
   | Defendant. | |
19

20        Pursuant to the Stipulation to Extend Time to Respond to Complaint and to Continue

21 Case Management Conference ("Stipulation") filed by Plaintiffs Hartford Casualty Insurance

22 Company and Sentinel Insurance Company, Ltd. (collectively "Plaintiffs") and Defendant

23 Richard B. Teed ("Defendant"), through their respective counsel, to (1) extend the time for

24 Defendant to file a responsive pleading to Plaintiffs' Complaint for Declaratory Relief for a

25 period of 30 days, and (2) request the Court continue the Case Management Conference

26 currently scheduled for August 2, 2018 for a period of approximately 30 days, the Court hereby

27 finds as follows:

28 / / /

Since the parties' last Stipulation to Extend Time to Respond to Complaint [Doc. 25], certain factual events have transpired that may impact the parties' positions in this action. Defendant has advised Plaintiffs that another insurance carrier has recently contacted Defendant and that other insurance carrier may have coverage obligations to Defendant regarding the underlying action, which is the subject matter of this action. Defendant is awaiting a written position by the other insurance carrier. Therefore, as the position by the other insurance carrier will likely impact the issues in this action, Defendant requested that its responsive pleading deadline and the Case Management Conference, currently set for August 2, 2018, be continued for 30 days. Given these recent developments, there may be an opportunity for the parties to discuss resolution of this action, but it is impacted by the possible participation of another insurance carrier which is not a party to this action.

In an effort to provide the parties time to explore any possible resolution, the Court hereby orders as follows:

## [PROPOSED] ORDER

Based on the terms of the Stipulation and finding that good cause exists:

IT IS HEREBY ORDERED that Defendant shall have until August 22, 2018 to respond to the Complaint for Declaratory Relief filed by Plaintiffs.

IT IS HEREBY FURTHER ORDERED that the Case Management Conference is continued from August 2, 2018 until September 6, 2018 at 10:00 a.m. in Courtroom 3 to allow the parties time to investigate this matter and explore whether an early resolution of the action is possible. During this time, the parties agree to a standstill of litigation activity to pursue such efforts.

DATED: _7/24/18_____ _____

Hon. Richard Seeborg
United States District Judge