Paul S. White, SBN 146989
Linda T. Hoshide, SBN 190403
Shannon L. Santos, SBN 260112
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone:	213.443.5100
Facsimile:	213.443.5101
Email: Paul.White@wilsonelser.com
         Linda.Hoshide@wilsonelser.com
         Shannon.Santos@wilsonelser.com

Attorneys for Plaintiffs/Counter-Defendants
HARTFORD CASUALTY INSURANCE COMPANY and
SENTINEL INSURANCE COMPANY, LTD.

SHARTSIS FRIESE LLP
ANTHONY B. LEUIN (Bar #95639)
JOHN J. STEIN (Bar #253777)
KAJSA M. MINOR (Bar #251222)
FELICIA A. DRAPER (Bar #242668)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
aleuin@sflaw.com
jstein@sflaw.com
kminor@sflaw.com
fdraper@sflaw.com

Attorneys for Defendant/Counter-Claimant RICHARD B. TEED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation, and SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation;<br><br>           Plaintiffs/Counter-Defendants,<br><br>    v.<br><br>RICHARD B. TEED, an individual;<br><br>           Defendant/Counter-Claimant. | Case No.:  3:18-cv-479-RS<br><br>**[PROPOSED]** ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS AS MODIFIED BY COURT |

Pursuant to the Stipulation to Continue Case Management Conference and to Extend Time to Respond to Counterclaims ("Stipulation") filed by Plaintiffs/Counter-Defendants Hartford Casualty Insurance Company and Sentinel Insurance Company, Ltd. (collectively "Plaintiffs") and Defendant/Counter-Claimant Richard B. Teed ("Defendant"), through their respective counsel, to (1) request the Court continue the Case Management Conference currently scheduled for September 6, 2018 to October 11, 2018 or a suitable date thereafter; and (2) extend the time for Plaintiffs to file a responsive pleading to Defendant's Answer to Complaint for Declaratory Relief and Counterclaims [Doc. 31] ("Counterclaims") for a period of 14 days from the continued Case Management Conference, the Court hereby finds as follows:

Since the entry of the Court's Order continuing the Case Management Conference to September 6, 2018 pursuant to a stipulation of the parties [Doc 28], Defendant has filed his responsive pleading [Doc. 31]. However, Defendant thus far been unable to confirm the involvement of another insurance carrier and the likely effect of such development on this action. The parties previously advised the Court that another insurance carrier contacted Defendant's counsel in the underlying action, which is the subject matter of this action, and that the other insurance carrier may have coverage obligations to Defendant regarding the underlying action. Despite Defendant's continued communications with the other insurer -- the last on August 24, 2018 -- Defendant continues to await a complete statement of the other insurance carrier's position. As the position by the other insurance carrier will likely impact this action, Defendant requests that the Case Management Conference, currently set for September 6, 2018, be continued until October 11, 2018 or a date thereafter that is convenient for the Court. The parties continue to believe such a continuance is appropriate as it will provide an opportunity for the parties to discuss resolution of this action before additional expense is incurred, but any such discussion is impacted by the possible participation of another insurance carrier not currently a party to this action.

As Plaintiffs' responsive pleading to Defendant's Counterclaims is currently due on September 12, 2018, the parties have further agreed to equally extend the time for Plaintiffs to respond to Defendant's Counterclaims until 14 days after the continued Case Management

Conference.

In an effort to provide the parties time to explore any possible resolution, the Court hereby orders as follows:

**[~~PROPOSED~~] ORDER**

Based on the terms of the Stipulation and finding that good cause exists:

IT IS HEREBY ORDERED that the Case Management Conference is continued from September 6, 2018 to October 25, 2018 at 10:00 a.m. in Courtroom 3 to allow the parties time to investigate this matter and explore whether an early resolution of the action is possible. During this time, the parties agree to a standstill of litigation activity to pursue such efforts.

IT IS HEREBY FURTHER ORDERED that Plaintiffs shall have until 14 days after the continued Case Management Conference to file a responsive pleading to Defendant's Counterclaims.

DATED: 8/30/18

_____
Hon. Richard Seeborg
United States District Judge