UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>RICHARD B. TEED, <br><br>　　　　Defendant. | Case No. 18-cv-00479-RS <br><br> **STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **January 28, 2021**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 4, 2021, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: November 24, 2020

_____
Richard Seeborg
United States District Judge