**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation, and SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation;<br><br>                  Plaintiffs,<br><br>   vs.<br><br>RICHARD B. TEED, an individual;<br><br>                  Defendant.<br><br>RICHARD B. TEED, an individual;<br><br>                  Counterclaimant,<br><br>   v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, and SENTINEL INSURANCE COMPANY, LTD.;<br><br>                  Counter-Defendants. | Case No. 3:18-cv-00479-RS<br>Hon. Richard Seeborg<br>Courtroom 3 – 17th Floor<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

/ / /

/ / /

Pursuant to the Stipulation to Dismiss Action with Prejudice ("Stipulation") filed by Plaintiffs/Counter-Defendants Hartford Casualty Insurance Company and Sentinel Insurance Company, Ltd. (collectively "Hartford") and Defendant/Counter-Claimant Richard B. Teed ("Teed") (collectively the "Parties"), the Court hereby finds as follows:

### RECITALS

1. On January 22, 2018, Hartford filed their Complaint for Declaratory Relief [Doc. 1] regarding whether coverage was owed to Teed for defense and indemnity of various claims delineated therein and whether Teed owed reimbursement for amounts paid in such defense.

2. On August 22, 2018, Teed filed his Answer to Complaint for Declaratory Relief and Counterclaims [Doc. 31], bringing claims for breach of contract, breach of covenant of good faith and fair dealing, and declaratory relief regarding Hartford's obligations under certain insurance policies.

3. Hartford and Teed have agreed to voluntarily dismiss the action with prejudice, each side to bear their own fees and costs.

### ORDER

Based upon the above Recitals and the Stipulation, the Court hereby dismisses the action with prejudice with each side to bear their own fees and costs in connection with this action.

IT IS SO ORDERED.

DATED: February __3__, 2021    _____
                                Hon. Richard Seeborg
                                Chief United States District Judge